# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

Mar 03 2020

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ s/ madar _____ DEPUTY

UNITED STATES OF AMERICA,

                              Plaintiff,

vs.

Jose Benjamin Cisneros-Quintero,

                              Defendant.

Case No. 20cr0186-CAB-2

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐   the Court has dismissed the case for unnecessary delay; or

☒   the Court has granted the motion of the Government for dismissal, without prejudice; or

☐   the Court has granted the motion of the defendant for a judgment of acquittal; or

☐   a jury has been waived, and the Court has found the defendant not guilty; or

☐   the jury has returned its verdict, finding the defendant not guilty;

☐   of the offense(s) as charged in the Indictment/Information:

_____

_____

_____

Dated:   3/3/2020

Hon. Michael S. Berg
United States District Judge